THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. VITEBSKER CREDIT ASSOCIATION, INC., et al., Defendants. IRVING S. SLOMKA, as Successor Receiver of Vitebsker Credit Association, Inc., Appellant; SOPHIE KOZLIN, as Administratrix of the Estate of Lionel Kozlin, Deceased Receiver, et al., Respondents.— Appeal by a successor receiver from an order settling the final account of the

administratrix of the estate of a deceased receiver appointed in an action commenced by the Attorney-General under the Martin Act (General Business Law, § 353-a). Order affirmed, with ten dollars costs and disbursements to respondent Kozlin. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur. .